# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>CALIFORNIA SERVICE BUREAU, INC., a California corporation; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>        Defendants. | Case No. 2:16-cv-02945-MCE-GGH<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered the parties' stipulation for dismissal, the above-entitled action is hereby DISMISSED, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit.

///

{00072120;1}

1 | Each party shall bear its own costs and expenses.
2 | IT IS SO ORDERED.

Dated: August 30, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

{00072120;1}